# United States District Court

**SOUTHERN** **DISTRICT OF** **TEXAS**
McALLEN DIVISION

| UNITED STATES OF AMERICA | | | |
|---|---|---|---|
| V. | | | |
| **Mariel Pech-Alvarez** | | PRINCIPAL | |
| | YOB: | 1985 | the United Mexican States |
| **Enrique Coello-Gomez** | | CO-PRINCIPAL | |
| | YOB: | 1986 | the United Mexican States |
| **Adrian Anguiano-Jacobo** | | CO-PRINCIPAL | |
| | YOB: | 1995 | the United Mexican States |
| | | CO-PRINCIPAL | |

## CRIMINAL COMPLAINT

Case Number:
**M-16-1730-M**

United States District Court
Southern District of Texas
FILED
SEP 16 2016
Clerk of Court

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 14, 2016** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

knowing or in reckless disregard of the fact that Antonia Quintero-Quintero a citizen and national of Mexico and Sindy Vanessa Gomez-Claros a citizen and national of Honduras, along with fifty-two (52) other undocumented aliens, for a total of fifty-four (54), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempt to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(iii)    FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On September 13, 2016 Border Patrol received information from Sgt. Tapia of the Edinburg Police Department regarding a possible stash house located at 2906 East University Drive, Edinburg, Texas. Tapia stated that he had received information from a concerned citizen stating that the house was being used to harbor illegal aliens.

On September 14, 2016 Border Patrol Agent Soto and Barrientos set up surveillance on the suspected stash house. Agent Soto observed a tan in color Mercury Mountaineer arrive at the residence and backed the vehicle up towards the house. Agent Soto observed when the driver exited the vehicle and gave instructions to four other passengers to exit the vehicle and enter the residence.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

*approved by*
*NSI [signature]*

Sworn to before me and subscribed in my presence,

September 16, 2016
Date

Dorina Ramos                              , U. S. Magistrate Judge
Name and Title of Judicial Officer

[signature]
Signature of Complainant

Julio Pena                    Senior Patrol Agent
Printed Name of Complainant

at   McAllen, Texas
     City and State

*Donna Ramos* [signature]
Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-16-1730-M

RE:   Mariel Pech-Alvarez
      Enrique Coello-Gomez
      Adrian Anguiano-Jacobo

**CONTINUATION:**

After several minutes, the driver exited the residence carrying three empty 5 gallon water bottles and placed them inside his vehicle and drove off. Agent Soto then relayed information to assisting agents in the area. The vehicle was followed to an apartment complex and was observed picking up three subjects. Agents then observed the vehicle drive to a restaurant on FM 107. The subjects entered the restaurant. Later, the subjects exited the restaurant, and agents along with a uniformed sheriff's deputy approached the subjects.

All subjects were questioned as to their citizenship and all four subjects stated that they had no valid documentation allowing them to be in the United States legally. The driver of the tan mercury was identified as Mariel PECH-Alvarez. PECH was read his Miranda Rights and questioned about the suspected stash house. PECH admitted to transporting illegal aliens to the stash house. He also admitted knowledge of an unknown number of illegal aliens in the house. PECH was asked for consent to search the residence, however, he stated that the house was not his and he could not grant consent.

At approximately 1:00 p.m., agents along with Hidalgo County Sheriff's Office, and Edinburg Police Department conducted a knock and talk on the residence located at 2906 East University Drive, Edinburg, Texas. A total of 53 subjects voluntarily exited the residence, all the subjects were interviewed as to their immigration status and they all claimed to be in the United States Illegally.

PRINCIPAL STATEMENT – 1:

At the station Mariel PECH-Alvarez was read his Miranda Rights one more time and agreed to provide a statement without an attorney present.

Mariel PECH-Alvarez a citizen of the Mexico, stated a friend asked him for a ride and he was going to pay me $30.00 USD. PECH continued by stating that he drove his friend to a location where they met up with another vehicle. PECH claims that shortly after they met with the other vehicle, four subjects exited the vehicle and got into his vehicle. PECH indicated that he suspected that they were illegal aliens but did not wanted to ask his friend. PECH stated that once they picked up the four subjects, they drove to the residence located at 2906 East University Drive, in Edinburg, Texas and dropped off the subjects. PECH also stated that once at the residence, he opened the front door of the house and told the subjects to enter the residence.

PECH also admitted to getting paid $20.00 to $30.00 USD to take vehicles to different people. He would receive instructions from the same friend. He claims that he does not know what the vehicles were being used for.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-16-1730-M

RE:    Mariel Pech-Alvarez
       Enrique Coello-Gomez
       Adrian Anguiano-Jacobo

**CONTINUATION:**
**PRINCIPAL STATEMENT – 2:**

Enrique COELLO-Gomez was read his Miranda Rights and agreed to provide a statement without an attorney present.

Enrique COELLO-Gomez a citizen of Mexico, denied having any involvement in the illicit activity regarding this alien smuggling case. COELLO stated that he has lived in Edinburg, Texas since June of 2016, in an apartment with two other male subjects. COELLO claims he has been working at a bar in Alamo, Texas and would mow yards in order to make money. COELLO identified Mariel PECH-Alvarez as one of the male subjects that resides with him. COELLO claims that the other male subject living with him departed last week to an unknown location. COELLO stated that two other male subjects arrived at his apartment yesterday, and were the same males apprehended with him today along with PECH at a restaurant in Edinburg, Texas. COELLO stated that he does not know who dropped them off at his apartment but he suspected that they were just waiting to go north. COELLO claims that he was not aware that PECH was involved in illegal alien smuggling. COELLO stated he has no affiliation with the stash house located at 2906 E. University Drive, Edinburg, Texas. COELLLO also stated that today he accompanied PECH and the two other male subjects to eat at a local restaurant and then they were arrested by Border Patrol.

**PRINCIPAL STATEMENT – 3:**

Adrian ANGUIANO-Jacobo was advised of his rights and agreed to provide a sworn statement without an attorney present.

Adrian Anguiano-Jacobo a citizen of Mexico, stated he crossed illegally two weeks ago. He paid $2,500 USD to be smuggled into the United States. ANGUIANO stated that once in the United States, Enrique COELLO-Gomez transported him to the stash house where he was arrested. ANGUIANO also explained that Enrique COELLO-Gomez and Mariel PECH-Alvarez would transport illegal aliens to and from the house, bring food and water, and give instructions to the illegal aliens in the house.

ANGUIANO claims that PECH told him that he was going to be in charge of the house because he needed to pay his way north. ANGUIANO stated that he owed $3000 USD and he did not have money to pay his debt so he did not say anything.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

## ATTACHMENT TO CRIMINAL COMPLAINT:

M-16-1730-M

RE: **Mariel Pech-Alvarez**
**Enrique Coello-Gomez**
**Adrian Anguiano-Jacobo**

**CONTINUATION:**

Adrian ANGUIANO-Jacobo identified Enrique COELLO-Gomez through a photo lineup as the person who transported him to the stash house and also as one of the persons in charge of the stash house.

Adrian ANGUIANO-Jacobo identified Mariel PECH-Alvarez through a photo lineup as the other person in charge of the stash house and also as the person who ordered him to be in charge of the stash house in order to pay his debt.

MATERIAL WITNESS STATEMENT – 1:

Antonia QUINTERO-Quintero was read her Miranda Rights and agreed to provide a statement without an attorney present.

Antonia QUINTERO-Quintero a citizen of Mexico, stated she paid $3,250 USD and $8,000 Pesos to be smuggled into the United States. QUINTERO also stated that once in the United States, Enrique COELLO-Gomez transported her to the stash house. She indicated that when she arrived at the stash house, there was a man identified as Adrian ANGUIANO-Jacobo. She claims that ANGUIANO would sleep also there at the house and he would give them instructions and told them where they were going to sleep. QUINTERO stated that ANGUIANO would also tell them to turn down the ringers of their phones and when to eat and sleep. QUINTERO further stated that a different man identified as Mariel PECH-Alvarez would bring them food and asked if they needed anything. QUINTERO indicated that PECH and COELLO would transport illegal aliens in and out of the house.

Antonia QUINTERO-Quintero identified Enrique COELLO-Gomez through a photo lineup as the person who transported her to the stash house, transported people in and out of the stash house, and also as the person who would bring them food.

Antonia QUINTERO-Quintero identified Adrian ANGUIANO-Jacobo through a photo lineup as the caretaker of the stash house.

Antonia QUINTERO-Quintero identified Mariel PECH-Alvarez through a photo lineup as the other person who brought them food and transported illegal aliens in and out of the house.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

ATTACHMENT TO CRIMINAL COMPLAINT:

M-16-1730-M

RE: **Mariel Pech-Alvarez**
**Enrique Coello-Gomez**
**Adrian Anguiano-Jacobo**

**CONTINUATION:**
MATEIAL WITNESS STATEMENT – 2:

Sindy Vanessa GOMEZ-Claros was read her Miranda Rights and agreed to provide a statement without an attorney present.

Sindy Vanessa GOMEZ-Claros a citizen of Honduras, stated that a friend of the family made the smuggling arrangements and paid an unknown amount of money and later paid an additional $500 USD for her to be smuggled into the United States. GOMEZ stated that once in the United States, she was transported to the stash house by Enrique COELLO-Gomez. She also stated that Enrique COELLO-Gomez and Mariel PECH-Alvarez would bring them food and water. GOMEZ mentioned that the other person in charge was Adrian ANGUIANO-Jacobo. She indicated that ANGUIANO would take their phones away, regulate how much they eat, and give them instructions.

Sindy Vanessa GOMEZ-Claros identified Enrique COELLO-Gomez through a photo lineup as the person who transported her to the stash house and also as one of the persons in charge of the stash house.

Sindy Vanessa GOMEZ-Claros identified Mariel PECH-Alvarez through a photo lineup as the other person in charge of the stash house.

Sindy Vanessa GOMEZ-Claros identified Adrian ANGUIANO-Jacobo through a photo lineup as the caretaker of the stash house.